IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA GIBSON, | ) | |
| | ) | Civil Action No. 05 - 1082 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| LAFAYETTE MANOR, INC., | ) | |
| | ) | |
| Defendant. | ) | **ELECTRONICALLY FILED** |
| | ) | |
| | ) | |

### **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on August 4, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 32), filed on March 5, 2007, recommended that the Defendant's Motion for Summary Judgment (Doc. No. 19) be granted as to Plaintiff's FLMA retaliation claim, but denied in all other respects. Service was made on all counsel of record. The parties were informed that in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 27th day of March, 2007,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED** as to Plaintiff's FLMA retaliation claim.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 19) is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 32) of Magistrate Judge Lenihan, dated March 5, 2007, is adopted as the opinion of the Court.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:     The Honorable Lisa Pupo Lenihan
        U.S. Magistrate Judge

        All Counsel of Record
        *Via Electronic Mail*